UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-20335JJO

UNITED STATES OF AMERICA

v.

MANUEL SALVADOR TAPIA,

   Defendant.
_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013?  ____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014?  ____ Yes   __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/ Bertila Fernandez
BERTILA LILIA FERNANDEZ
Assistant United States Attorney
Fla. Bar No. 124092
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9099
Bertila.Fernandez@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MANUEL SALVADOR TAPIA<br><br>*Defendant(s)* | )<br>)<br>) Case No. 20-22385-JJO<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/29/2018 & 12/23/2019__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Possession of a firearm and ammunition by a convicted felon. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Onaissis Perdomo, TFO, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/13/2020__

_____
*Judge's signature*

City and state: __Miami, Florida__    John O'Sullivan, United States Magistrate Judge
*Printed name and title*

20-2235 JJ o

## AFFDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Onassis Perdomo, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I have served as an ATF TFO in Miami for over ten (10) years. I am currently a detective with the Miami Gardens Police Department (MGPD) and have been employed with that agency for approximately twelve (12) years. I have extensive experience in the investigation of street narcotics sales and firearms violations. Over the course of my career, I have participated in multiple narcotics investigations, and investigated firearm related offenses. As part of my duties as an ATF Task Force Officer, I am responsible for investigations of violations of Federal and State laws, including those pertaining to firearms. In the course of my duties as a TFO, I participated in the investigation of the defendant, MANUEL SALVADOR TAPIA ("TAPIA").

2. This affidavit is being submitted in support of a criminal complaint charging TAPIA with being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g).

3. The facts and information contained in this affidavit are based on my personal knowledge and observations, as well as information received in my official capacity from other individuals, including other law enforcement officers involved in this investigation.

4. This Affidavit is being submitted for the sole purpose of establishing probable cause and therefore does not contain every fact known regarding this investigation.

## **PROBABLE CAUSE**

### **Introduction and Factual Background**

5. In and about October 2018, I received an anonymous tip that a residence located at 3254 NW 211 Street, Miami Gardens, Florida, was being used to traffic narcotics. The tipster stated that the person trafficking the narcotics was a Hispanic male.

6. I learned from the same tipster that inside the residence the Hispanic male was in possession of firearms and ammunition.

7. The information I received also stated that the Hispanic male drove a 2014 silver Chevy Impala ("Impala").

8. During the months of October and November 2018, I conducted surveillance at the residential address provided by the tipster. During this time I learned that TAPIA was the only person living at the residence. I also saw the Impala parked in the driveway and being driven by TAPIA.

9. I ran TAPIA's name through law enforcement databases and learned that he has previously been convicted of a crime punishable by imprisonment for a term exceeding one year. This conviction occurred prior to November 29, 2018.

10. Through surveillance and a records searched I learned that the Impala's Florida license plate number is EINB33, vehicle identification number is 2G1WC5E36D1218688, and is registered to an individual named "S.Q."

11. On or about November 28, 2018, an armed robbery and shooting occurred at TAPIA's residence. During a protective sweep of the residence, law enforcement observed marijuana residue scattered throughout the living room and kitchen counter. In the kitchen, law enforcement also observed digital scales with marijuana residue.

12. A Florida state search warrant was obtained for TAPIA's residence. In the bottom corners of the television unit, found in the living room, law enforcement discovered four boxes of ammunition and documents with TAPIA's name.

13. In addition to the search of the residence on November 29, 2018, law enforcement received written consent from S.Q. to search the Impala. A chrome revolver was discovered hidden in the center console under the gear shift. The gun was seized.

14. The chrome revolver was identified as a Smith & Wesson revolver bearing the serial number BPR7740. The revolver was loaded with 5 live .38 SPL rounds.

15. On November 29, 2018, the day after the shooting, an interview of TAPIA was conducted at Aventura Hospital. During the interview, TAPIA admitted to owning a chrome revolver. However, he stated that he did not sell narcotics.

16. ATF confirmed that the ammunition found inside TAPIA's residence and the chrome revolver discovered in the IMPALA travelled in interstate commerce.

17. On December 26, 2018, TAPIA participated in a second interview at the Miami Gardens Police Station. During this interview he stated that the residence was being leased by his "girl" and that she had moved out to help him "get on his feet." On the day of the shooting TAPIA was the only person living at the residence.

### The December 23, 2019, Traffic Stop

18. On or about December 23, 2019, an individual provided information to law enforcement regarding TAPIA. The individual stated that TAPIA was currently driving the Impala with a concealed firearm inside. The individual further stated that TAPIA was currently at 5801 NW 151 Street, Miami Lakes, Florida, where he was completing rehab after a car accident.

19. Law enforcement found the Impala at the rehab facility and began surveillance. Law enforcement saw TAPIA leave the rehab center and enter the driver's side of the vehicle. He was alone. A traffic stop was conducted because the Impala had illegal tints. When TAPIA lowered his window, law enforcement smelled marijuana and saw smoke.

20. TAPIA was asked if there was anything illegal in the Impala. He stated that he just finished smoking a marijuana cigarette. He told law enforcement that he had nothing else illegal inside the Impala and told law enforcement that they could check, providing verbal consent to search the Impala.

21. During the search of the car, law enforcement found a magazine for a 9mm Smith & Wesson pistol hidden in the center console. The magazine was loaded. TAPIA was arrested and read *Miranda* per card. TAPIA invoked his right to an attorney.

22. Law enforcement requested the help of a gun dog. The gun drug altered to the center console area of the Impala. A search of the area revealed a black and silver Smith & Wesson pistol, bearing the serial number HFK0716, hidden in the center console under the gear shift, the same location the chrome revolver was discovered on November 29, 2018.

23. In the same area, law enforcement also found and seized two silver 9mm magazines and twenty-seven 9mm rounds of ammunition.

24. A search of the Smith & Wesson pistol in a law enforcement database verified it was stolen. ATF also confirmed that the firearm and ammunition traveled in interstate commerce.

## CONCLUSION

25. Based on the foregoing, I respectfully submit that there is probable cause to support the arrest of MANUEL SALVADOR TAPIA for being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g).

FURTHER AFFIANT SAYETH NAUGHT

Respectfully submitted,

_____
ONASSIS PERDOMO,
BUREAU OF ALCOHOL, FIREARM,
TOBACCO, AND EXPLOSIVES
TASK FORCE OFFICER

Subscribed to and sworn before me in Miami-Dade County, Florida, this 13 day of February, 2020.

_____
HONORABLE JOHN O'SULLIVAN
CHIEF U.S. MAGISTRATE JUDGE