UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20137-CR-MORENO

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MANUEL SALVADOR TAPIA,

      Defendant.
_____/

## DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on July 29, 2020, a hearing was held to determine whether defendant **MANUEL SALVADOR TAPIA** should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the safety of any other person and the community. Therefore, it is hereby ordered that the defendant **MANUEL SALVADOR TAPIA** be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. The defendant is charged by indictment in the Southern District of Florida, with four counts of possession of a firearm and ammunition by a convicted felon in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e), one count of possession with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1) and one count of possession of a firearm in furtherance

of a drug trafficking crime in violation of Title 18, United States Code, Section 924(c)(1)(A)(i). Therefore, the defendant is charged with a narcotics offense for which a maximum sentence of more than ten (10) years is prescribed, resulting in a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community.  Title 18, United States Code, Section 3142(e) and (f).

    2.  The weight of the evidence against the defendant is substantial. The government has proffered that on November 28, 2018, law enforcement officers responded to an armed robbery and shooting at the defendant's residence. Law enforcement officers observed four boxes of ammunition, a marijuana plant and various drug paraphernalia in the defendant's residence. Law enforcement officers also discovered a loaded revolver with a wooden handle hidden in the center console of a vehicle belonging to the defendant's girlfriend.

    On December 23, 2019, law enforcement officers observed the defendant leaving a rehabilitation facility. Law enforcement officers conducted a traffic stop. During a search of the vehicle law enforcement discovered a pistol and a loaded magazine hidden in the center console, the same location where the revolver was previously discovered. Title 18, United States Code, Section 3142(g)(3)(A).

    3.  The pertinent history and characteristics of the defendant support pretrial detention. The defendant was born on January 3, 1986 in Miami, Florida.  The defendant has an extensive criminal history consisting of approximately 27 arrests in 19 years including arrests for attempted murder, probation violation, burglaries, drug

crimes, being a felon in possession of a firearm, batteries and tampering with evidence. Title 18, United States Code, Section 3142(g)(3)(A).

    4.  Based on the defendant's extensive criminal history and his possession of loaded firearms in November 2018 and again in December 2019, the defendant will likely continue in his unlawful conduct and possess firearms if released on bond. The Court specifically finds by clear and convincing evidence, there are no conditions or combinations of conditions which will reasonably assure the safety of other persons and the community.

The Court hereby directs:

    (a)  That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

    (b)  That the defendant be afforded reasonable opportunity for private consultation with counsel; and

    (c)  That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Miami, Florida, this **30th** day of July, 2020.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE